**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00394-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM WILSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, A Municipality,
DENVER SHERIFF, In his Official Capacity,
MAJOR ANDERSON, In his Official Capacity, and
DEPUTY ROE, In his Official Capacity,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On February 13, 2013, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the filing is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing **certified copy** of prisoner's trust fund statement **for the 6-month period** immediately preceding this filing-Account Statement is dated 12/28/12
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner on Page Two of form
(8) __ is not on proper form (Must use form revised on 10/1/2012)
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:

(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: Plaintiff has failed to provide correct information in Section E. Previous Lawsuits-Plaintiff, Federal Register 35710-013, has filed at least six cases in this court since 1988.  Plaintiff must complete the requested information in Section E. for each of the cases he has filed in this court and if he has filed any cases in another federal or state court.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED February 19, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2