IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00394-BNB

WILLIAM WILSON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, A Municipality,
DENVER SHERIFF, In his Official Capacity,
MAJOR ANDERSON, In his Official Capacity, and
DEPUTY ROE, In his Official Capacity,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, William Wilson, currently is held at the Denver County Jail in Denver, Colorado.  Mr. Wilson, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  After review of the Complaint, Magistrate Judge Boyd N. Boland determined that Mr. Wilson failed to assert personal participation by named defendants and present his claims in a manner consistent with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).  Magistrate Judge Boland directed Mr. Wilson to file an Amended Complaint within thirty days.  Mr. Wilson now has failed to communicate with the Court and as a result has failed to file the Amended Complaint within the time allowed.

    The Court finds that Magistrate Judge Boland correctly instructed Mr. Wilson to amend and assert personal participation and to comply with *Nasious*.  Because Mr. Wilson has failed to file an Amended Complaint within the time allowed the action will be

dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Wilson files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  17th  day of     April          , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court