IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00394-LTB

WILLIAM WILSON,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, A Municipality,
DENVER SHERIFF, In his Official Capacity,
MAJOR ANDERSON, In his Official Capacity, and
DEPUTY ROE, In his Official Capacity,

     Defendants.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 17, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 17 day of April, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/  S. Grimm
                     Deputy Clerk